

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ROSARIO CARTWRIGHT and ISHMAEL CARTWRIGHT, | § | No. 08-16-00129-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 143rd District Court |
| | § | |
| FAVIOLA ARACELI ARMENDARIZ, | § | of Ward County, Texas |
| | § | |
| Appellee. | § | (TC# 14-09-23446-CVW) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.